UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Jason Daniel Lacure            :          Case #: 05-57235
       Jennifer Jo Lacure

                                            :          Chapter 13

                                            :          Judge Hoffman

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: April 5, 2011            /s/ Frank M. Pees
                                                   Frank M. Pees
                                                 Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| Sanford J. Cohan<br>2500 Corporate Exchange Dr.<br>Ste. 151A<br>Columbus, OH 43231 | $8.75 |